Law Offices of
**MICHAEL W. CARMEL, LTD.**
80 East Columbus Avenue
Phoenix, Arizona 85012-2334
Telephone: (602) 264-4965
Arizona State Bar No. 007356
Facsimile: (602) 277-0144
E-mail: Michael@mcarmellaw.com

Attorney for Debtor

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| In re:<br><br>COMMUNITY HEALTHCARE OF DOUGLAS, INC.,<br><br>Debtor. | Chapter 11 Proceedings<br><br>Case No. 4:13-01738-BMW<br><br>**NOTICE OF WITHDRAWAL OF JOINT PLAN OF REORGANIZATION** |

On February 8, 2013, Debtor filed a Petition pursuant to Chapter 11 of the Bankruptcy Code.

On that date, the Debtor and Sierra Vista Regional Health Center, Inc. ("Sierra Vista") filed a Joint Plan of Reorganization. (DE #11.)

The Debtor's Board of Directors held a regularly scheduled meeting on April 4, 2013 at 5:30 p.m. During the meeting Sierra Vista advised the Board it was no longer going to proceed with the acquisition of the membership interest in the Debtor.

Due to the fact Sierra Vista has elected to not proceed with the transaction, the Joint Plan of Reorganization is hereby withdrawn.

DATED this 5th day of April, 2013.

    MICHAEL W. CARMEL, LTD.

/s/ Carmel, M.W.  (007356)
Michael W. Carmel
80 East Columbus Avenue
Phoenix, Arizona  85012-2334
Attorney for Debtor

COPY of the foregoing e-mailed via ECF
this 5th day of April, 2013 to:

Larry Watson, Esq.
Office of the U.S. Trustee
230 N. First Avenue
Phoenix, AZ  85003

Thomas J. Salerno, Esq.
Bradley Cosman, Esq.
Squire Sanders (US), LLP
1 East Washington St., Suite 2700
Phoenix, AZ  85004-2556
Attorney for Sierra Vista Regional Health Center

Michael D. Curran, Esq.
Maynard Cronin Erickson Curran & Sparks, PLC
3200 N. Central Avenue, Suite 1800
Phoenix, AZ  85012
Attorney for Sysco

Roopali H. Desai, Esq.
Coppersmith Schermer & Brockelman, PLC
2800 N. Central Ave., #1200
Phoenix, AZ  85004
Attorney for Quorum Health Resources

By *Sharon D. Kirby*