Law Offices of
**MICHAEL W. CARMEL, LTD.**
80 East Columbus Avenue
Phoenix, Arizona 85012-2334
Telephone: (602) 264-4965
Arizona State Bar No. 007356
Facsimile: (602) 277-0144
E-mail: Michael@mcarmellaw.com
Attorney for Debtor

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| In re: | Chapter 11 Proceedings |
|---|---|
| COMMUNITY HEALTHCARE OF DOUGLAS, INC., | Case No. 4:13-01738-BMW |
| Debtor. | **NOTICE OF LODGING PROPOSED ORDER** |

NOTICE IS HEREBY GIVEN the Debtor, by and through its counsel undersigned, has uploaded a proposed Order (A) Approving the Sale and Assignment of Assets of the Debtor Free and Clear of All Liens, Claims, Liabilities and Encumbrance, (B) Authorizing the Assumption and Assignment of Certain Unexpired Leases and Executory Contracts, and (C) Granting Related Relief. A copy of the proposed Order is attached hereto and incorporated herein by this reference as **Exhibit A.**

DATED this 11th day of December, 2013.

          MICHAEL W. CARMEL, LTD.

          /s/Carmel, M.W. (007356)
          Michael W. Carmel
          80 East Columbus Avenue
          Phoenix, Arizona 85012-2334
          Attorney for Debtor

| | |
|---|---|
| 1 | COPY of the foregoing e-mailed via ECF |
| 2 | this 11th day of December, 2013 to: |

```
COPY of the foregoing e-mailed via ECF
this 11th day of December, 2013 to:

Larry Watson, Esq.
Office of the U.S. Trustee
230 N. First Avenue
Phoenix, AZ 85003

Thomas J. Salerno, Esq.
Bradley Cosman, Esq.
Squire Sanders (US), LLP
1 East Washington St., Suite 2700
Phoenix, AZ 85004-2556
Attorney for Sierra Vista Regional Health Center

Harold D. Israel, Esq.
Goldstein & McClintock, LLLP
208 S. LaSalle Street, Suite 1750
Chicago, Illinois 60604
Attorneys for People's Choice Hospital

Hilary L. Barnes, Esq.
The Cavanagh Law Firm, PA
1850 N. Central Ave., Suite 2400
Phoenix, AZ 85004-4527
Attorney for Patient Care Ombudsman

Sean P. O'Brien, Esq.
GUST ROSENFELD
One E. Washington, Suite 1600
Phoenix, AZ 85004

By   Sharon D. Kirby
```

2